# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

---

IN THE MATTER OF THE PETITION OF JOHN McARDLE, AN IMPRISONED DEBTOR, TO BE DISCHARGED FROM IMPRISONMENT.

*Order in proceedings for the discharge of an imprisoned debtor — when it does not involve a substantial right so as to be appealable.*

APPEAL from an order of the County Court of Kings county, overruling certain objections filed by a creditor, to the jurisdiction of the court over proceedings instituted by the petitioner, an imprisoned debtor, to procure his discharge from imprisonment.

The court at General Term said : "It is not necessary to pass upon the various objections raised by the appellant in this matter, as we think the order appealed from did not affect a substantial right. (Code of Civil Pro., §§ 1342 and 190 [note].) The matter is still pending before the county judge, who may yet dismiss the proceeding upon a final hearing. The appellant has as yet suffered no injury, and until some order is entered affecting a substantial right, he is not in a position to appeal.

Appeal dismissed, with ten dollars costs and disbursements.

*H. C. Place*, for L. L. McCullough, creditor, appellant.

*Robert Johnstone*, for McArdle, respondent.

Opinion by PRATT, J.

Present — BARNARD, P. J., DYKMAN and PRATT, JJ.

Appeal from County Court dismissed, with ten dollars costs and disbursements.